# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:22-CV-00669-FDW-DCK

| | |
|---|---|
| ERICA HORNE,<br>　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN SERVICES CORP.; EQUIFAX INC.; AND TRANSUNION LLC,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)　　　ORDER<br>)<br>)<br>)<br>)<br>) |

THIS MATTER is before the Court *sua sponte* following Plaintiff's failure to comply with the Notice of Deficiency entered by the Clerk on December 14, 2022, directing her to file an application to proceed without prepayment of fees and affidavit or pay the filing fee of $402.00 within twenty-one (21) days from the filing of the notice. (Doc. No. 2). The Notice of Deficiency clearly provided Plaintiff with notice that failure to comply with the directives therein "may result in the dismissal of this action without prejudice for failure to prosecute." (Id.) The Clerk filed and mailed the Notice of Deficiency on December 14, 2022, and again on January 20, 2023, after Plaintiff failed to timely comply or otherwise respond in this matter. Plaintiff has failed to comply with the Notice of Deficiency, and the time for doing so has long expired.

THEREFORE, it is ORDERED that Plaintiff's claims are DISMISSED without prejudice. The Clerk of Court is respectfully directed to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: March 29, 2023

Frank D. Whitney
United States District Judge