# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Erica Horne, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00669-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Experian Services Corp. | ) | |
| Equifax Inc. | | |
| Transunion LLC, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2023 Order.

March 30, 2023

_____
Frank G. Johns, Clerk
United States District Court